ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Granite Construction Company | ) ASBCA No. 63667 |
| | ) |
| Under Contract No. N62473-19-D-2437 | ) |

APPEARANCES FOR THE APPELLANT:      Jordy L. Murray, Esq.
                                    Nicholas P. Goulding, Esq.
                                      Counsel

APPEARANCES FOR THE GOVERNMENT:     Tracey R. Rockenbach, Esq.
                                      Acting Navy Chief Trial Attorney
                                    Anthony Hicks, Esq.
                                      Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 23, 2026

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63667, Appeal of Granite Construction Company, rendered in conformance with the Board's Charter.

Dated:  June 23, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals